# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Babette Beriones

                V.                    **JUDGMENT IN A CIVIL CASE**

State of California, et al

                                      **CASE NUMBER:**    05cv1747-LAB(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion to dismiss is granted. This action is dismissed as to all claims and all parties, with prejudice, as plaintiff's causes of action are all barred by the applicable statutes of limitation......................

| January 9, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                        s/K. Johnson
                                        (By) Deputy Clerk

                                        ENTERED ON January 9, 2007